IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:16-CR-359-K |
| | | |
| LANCE ALVIN COUBRY, JR. | | |

## FINDINGS, CONCLUSIONS, AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On October 24, 2016, the above-named Defendant, represented by counsel, appeared before the Magistrate Judge for a hearing to determine the Defendant's present competence to stand trial. The Government and Defendant having presented evidence and the Defendant having objected to the report of the Bureau of Prisons dated September 26, 2016. Defendant objects that the report is incomplete as family members were not interviewed for the report and the family members assert Mr. Coubry is not competent to proceed. Neither of the family members are experts or qualified psychiatrists or psychologists, but it is their opinion Mr. Coubry does not understand the nature of the charges. Defendant's objections are overruled. The Court, having reviewed said Psychiatric Report from the Bureau of Prisons, as well as the evidence submitted by counsel for Mr. Coubry, finds by a preponderance of the evidence that Mr. Coubry is not suffering from a mental disease or defect that would render him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in

his defense. In fact, the Court finds that Mr. Coubry is able to understand the nature and extent of the proceedings against him and that he is able to assist properly in his defense. See. 18 U.S.C. Section 4241(d).

## RECOMMENDATION

For the above-stated reasons it is recommended that the District Court adopt the findings in the Psychiatric Report dated September 26, 2016 and find that Mr. Coubry is competent to proceed to trial and that he understands the nature and consequences of the proceedings and is able to assist properly in his defense

SO RECOMMENDED, December 6th , 2016.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE