IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 3:16-CR-359-K |
| | § | |
| LANCE ALVIN COUBRY, JR. (01) | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Psychological Evaluation Report ("Report") by Robert Johnson, PhD., and Lisa Bellah, Ph.D., and Kristen Julin, M.S., filed on October 3, 2016. The Court referred this Report and case as to Defendant Lance Alvin Coubry, Jr., to U.S. Magistrate Judge Paul D. Stickney, on October 5, 2016, for a competency hearing.

On October 24, 2016, U.S. Magistrate Judge Paul D. Stickney held a competency hearing regarding this Report, and at the hearing Defendant Lance Alvin Coubry, Jr., objected to the report claiming it is incomplete as family members were not interviewed for the report and they claim that Defendant Coubry is incompetent. The Court finds that the family members are not experts or qualified psychiatrists or psychologists, and any objection is OVERRULED. The Government had no objection to the report, and offered no evidence or argument.

No objections to the Findings, Conclusions and Recommendations have been filed by the Government or Defendant.

The District Court has reviewed the proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings contained in the Report by Robert Johnson, PhD., and Lisa Bellah, Ph.D., and Kristen Julin, M.S., of Defendant Lance Alvin Coubry, Jr., regarding competency, are hereby adopted.

Therefore, the Court finds that Defendant Lance Alvin Coubry, Jr., is competent to stand trial.

A scheduling order shall issue setting this case for trial.

SO ORDERED.

Signed January 2nd, 2017.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE